UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. TAYLOR,<br><br>      Petitioner,<br><br>    v.<br><br>PAUL COPENHAVER,<br><br>      Respondent. | Case No.: 1:12-cv-00870-JLT<br><br>ORDER VACATING AUGUST 14, 2012 ORDER FOR RESPONDENT TO FILE A RESPONSE AND SETTING FORTH A BRIEFING SCHEDULE<br>(Doc. 8) |

     Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The instant petition was filed on May 29, 2012. (Doc. 1). Petitioner originally named as Respondent the "United States of America," which is not the appropriate respondent for purposes of the Court's habeas jurisdiction. Accordingly, on July 17, 2012, the Court issued an order requiring Petitioner to file a motion to amend the petition to name the proper respondent. (Doc. 6). On August 1, 2012, Respondent filed that motion and, on August 14, 2012, the Court issued an order granting Petitioner's motion to amend the caption and directing the Clerk of the Court to amend the caption with the name of the correct respondent. (Doc. 8).

     In that same order, the Court also ordered Respondent to file a response and established a briefing schedule for the parties. (Id.). That latter portion of the Court's August 14, 2012 order,

1

however, was premature.  Accordingly, the Court will vacate the briefing schedule pending further action by the Court.

## **ORDER**

For the foregoing reasons, the Court HEREBY ORDERS as follows:

1. The portion of the Court's August 14, 2012 order requiring Respondent to file a response to the petition and setting forth a briefing schedule for the parties (Doc. 8), is VACATED pending further order of the Court.

IT IS SO ORDERED.

Dated:   **October 10, 2012**                           **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

2